UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ISAAC MIDDLETON
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

WARDEN "MAXSOLAINE MINGO"
DEPARTMENT OF CORRECTION.
NEW YORK CITY POLICE
DEPARTMENT.
_____
_____
_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

RECEIVED
SDNY PRO SE OFFICE
2016 FEB 23 AM 9:56

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☑ Yes ☐ No
(check one)

16 CV 1416

I. **Parties in this complaint:**

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name ISAAC MIDDLETON
ID # 349-16-00929
Current Institution AMKC
Address 18-18 HAZEN STREET
EAST ELMHURST, NY 11370

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name _____N/A_____ Shield # _____
Where Currently Employed _____
Address _____

*Rev. 05/2010*                                  1

Defendant No. 2    Name _____ Shield # _____
                   Where Currently Employed  N/A
                   Address _____

Defendant No. 3    Name _____ Shield # _____
                   Where Currently Employed  N/A
                   Address _____

Defendant No. 4    Name _____ Shield # _____
                   Where Currently Employed  N/A
                   Address _____

Defendant No. 5    Name _____ Shield # _____
                   Where Currently Employed  N/A
                   Address _____

II.    **Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.  In what institution did the events giving rise to your claim(s) occur?
    A.M.K.C.

B.  Where in the institution did the events giving rise to your claim(s) occur?
    IN QUAD 2 UPPER (HOUSING AREA).

C.  What date and approximate time did the events giving rise to your claim(s) occur?
    FEBRUARY 1ST TO 11TH 2016
    SICK-CALL WAS NOT CALLED. THE
    MORNING NOR EVENING TIME.

D. Facts:

**What happened to you?**

WHEN I FIRST SAW A DOCTOR I INFORM HIM THAT I WAS BEATEN BY POLICE OFFICERS UPON MY ARREST. THEY KICK & PUNCH M WHILE I WAS ON THE GROUND, ON MY BACK (TOP PART OF MY BACK).

**Who did what?**

THE ARRESTING POLICE OFFICERS (UNDERCOVERS).

**Was anyone else involved?**

NO! JUST THE UNDERCOVER POLICE OFFICER THAT ARRESTED ME.

**Who else saw what happened?**

I DO NOT KNOW, BECAUSE I WAS LAYING FACE DOWN ON THE GROUND.

### III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

YES, MY UPPER BACK. I WAS TAKEN TO BELLEVUE HOSPITAL CENTER, THEN BACK TO THE COURT, AND BACK TO ANOTHER HOSPITAL CAUSE OF BACK PAINS (UPPER & LOWER BACK NOW).

### IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓   No ✓

I GOT BEATEN BY POLICE OFFICERS (UNDERCOVER) IN THE STREET. BUT, SICK-CALL IS IN RIKERS ISLAND AT "AMKC" WHERE I'M DETAINED AT NOW.

Rev. 05/2010

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). _____
_____

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ✓   No ___   Do Not Know ___

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ___   No ✓   Do Not Know ___

If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ___   No ✓

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ___   No ✓

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? _____

1. Which claim(s) in this complaint did you grieve? _____

2. What was the result, if any? _____

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____
_____
_____
_____

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: ON THE HOUSING OF QUAD 2 UPPER... BECAUSE THE CORRECTIONAL OFFICERS COULD NOT FIND ANY TYPE OF GRIEVANCE FORMS

2. If you did not file a grievance but informed any officials of your claim, state who you informed, THE CORRECTIONAL OFFICERS ON

Rev. 05/2010 THE HOUSING AREA (QUAD 2 UPPER) BECAUSE THEY TOLD ME, THAT THEY COULD NOT FIND ONE (GRIEVANCE) FORM

ON THE 15 OF FEBRUARY 2016 AT ABOUT 8-8:30 AM I INFORM THE "SPA" WORKING QUAD 2 UPPER THAT I'M HAVING A PROBLEM BREATHING AND WHERE IS THE "B-OFFICER" AT? HE STATED, THEY ALL 3 CORRECTIONAL OFFICERS ARE IN THE BUBBLE. THEN I HEARD "SPA" TELL THE CORRECTIONAL OFFICERS ABOUT MY PROBLEM! I HEARD ONE OF THEM TELL THE "SPA" WORKER TO TELL ME; "TO CHILL OUT"!

NOT ONE OF THE CORRECTIONAL OFFICERS CAME TO SEE ABOUT MY WELL BEING. I CONTINUE TO CALL OUT TO THE CORRECTIONAL OFFICERS ABOUT MY PROBLEM, WHICH THEY DID NOT ANSWER ME.

I HAVE 2 LETTERS FROM DR. ALI AND DR. OO, AUNG, THAT WAS WROTE 2-1-16 AND 2-2-16 INFORMING THE DEPT. OF CORRECTION; "PLEASE HOUSE THIS PT NEAR THE CLINIC FOR MEDICAL REASON." I BEEN TELLING CORRECTIONAL OFFICER AS WELL AS EVERY CAPTAIN THAT CAN TO QUAD 2 UPPER ABOUT MY MEDICAL ISSUSE, WHICH THEY DID NOTHING ABOUT IT.

ALSO I INFORM THEM ABOUT; "WHY IS SICK-OUT NOT BEING CALLED IN QUAT 2 UPPER? THE CORRECTIONAL OFFICERS TOLD ME; "ITS NOT THEIR PROBLEM"!

THE DEPT OF CORRECTIONAL SUPPOSE TO BE ABOUT EVERY INMATE TATE

when and how, and their response, if any: SOME OF THEM WAS VERY RESPECTFUL BUT OTHER WAS VERY DIS-RESPECTFUL.

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. THE DEPT. OF CORRECTION SHOULD NOT BE TREATING US INMATES/CONVICTS THE DIS-RESPECTFUL WAY THEY DO IT IS NOT RIGHT AT ALL. *SEE ATTACH PAPER*

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). FOR THE PAIN & SUFFERING THAT I WENT & CONTINUE TO FEEL WHICH IS; BACK AND EMOTIONAL PAIN. THE TRUE I FEEL THE DEPT. OF CORRECTIONAL SHOULD REWARD ME WITH A 50,000.00 CHECK FOR NOT HAVE SICK-CALL FOR US CONVICTS THAT NEEDED AND WANTED TO GO. AND AS WELL AS THE POLICE DEPARTMENT FOR THE UNDERCOVER POLICE OFFICER CAUSING BODILY PAIN TO ME AS WELL.

VI. Previous lawsuits:

[On these claims]

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____ No ✓

B.  If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1.  Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2.  Court (if federal court, name the district; if state court, name the county) _____

3.  Docket or Index number _____

4.  Name of Judge assigned to your case _____

5.  Approximate date of filing lawsuit _____

6.  Is the case still pending? Yes ____ No ____
    If NO, give the approximate date of disposition _____

7.  What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

On other claims

C.  Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
    Yes ____ No ✓

D.  If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1.  Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2.  Court (if federal court, name the district; if state court, name the county) _____

3.  Docket or Index number _____

4.  Name of Judge assigned to your case _____

5.  Approximate date of filing lawsuit _____

6.  Is the case still pending? Yes ____ No ____
    If NO, give the approximate date of disposition _____

7.  What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___ day of FEBRUARY 16

Signature of Plaintiff ISAAC MIDDLETON
Inmate Number 349-16-00929
Institution Address A.M.K.C.
1818 HAZEN ST
EAST ELMHURST
N.Y. 11370

<u>Note</u>: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 16 day of FEBRUARY, 20 16, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: ISAAC MIDDLETON

AAE. MIDDLETON
9-16 00929
#049994iL
HAZEN. ST
LMHURST, N.Y.
11370

LEGAL MAIL U.S.

USM P3
SDNY

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF N.Y.
500 PEARL. ST
NEW YORK, N.Y. 10007

2016 FEB 23 AM 9:56
RECEIVED
SDNY PRO SE OFFICE