UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ISAAC MIDDLETON
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

CITY OF NEW YORK
(WARDEN MAX'SOLAINE MINGO,
JANE DOE NO. 1, JANE DOE NO. 2
AND FEIDEL MOREJON)
_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**AMENDED COMPLAINT**

under the Civil Rights Act,
42 U.S.C. § 1983

Jury Trial: ☒ Yes   ☐ No
(check one)

16 Civ. 1416 (LAB)

**RECEIVED**
SDNY PRO SE OFFICE
2016 MAY 11 AM 8:11

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/11/16**

I. **Parties in this complaint:**

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name  ISAAC MIDDLETON
            ID #  349-16-00929
            Current Institution  A.M.K.C.
            Address  18-18 HAZEN ST
                     E. ELMHURST, N.Y. 11370

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name MAX'SOLAINE MINGO   Shield # WARDEN
                  Where Currently Employed  A.M.K.C.
                  Address  18-18 HAZEN ST
                           E. ELMHURST, N.Y. 11370

Defendant No. 2   Name __JANE DOE__ Shield # __N/A__
                  Where Currently Employed __A.M.K.C.__
                  Address __1818 HAZEN. ST__
                  __E. ELMHURST, NY 11370__

Defendant No. 3   Name __JANE DOE__ Shield # __N/A__
                  Where Currently Employed __1818 HAZEN. ST__
                  Address __1818 HAZEN. ST__
                  __E. ELMHURST, NY 11370__

Defendant No. 4   Name __FEIDEL MORETON__ Shield # __31831__
                  Where Currently Employed __NEW YORK CITY POLICE DEPT.__
                  Address __N/A__

Defendant No. 5   Name _____ Shield # _____
                  Where Currently Employed _____
                  Address _____

II.   **Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur?
__A.M.K.C.__
__1818 HAZEN. ST__

B. Where in the institution did the events giving rise to your claim(s) occur?
__IN QUAD 2 UPPER (HOUSING AREA WHICH IS KNOWN AS THE DARK SIDE).__

C. What date and approximate time did the events giving rise to your claim(s) occur?
__FEBRUARY 1ST TO 11TH 2016 SICK-CALL WAS NOT CALLED IN THE MORNING NOR EVENING TIME.__

D. Facts:

**What happened to you?**

WHEN I FIRST SAW A DOCTOR I INFORM HIM THAT I WAS BEATEN BY UNDERCOVER COPS UPON MY ARREST. THAT THEY KICK & PUNCH ME WHILE I WAS ON LAYING FACE DOWN ON THE GROUND WHICH I TRULY SUFFER BACK PAIN.

**Who did what?**

THE UNDERCOVER COPS (ABOUT 5 TO 6 OF THEM).

**Was anyone else involved?**

NO! JUST THE UNDERCOVER COPS THAT ARRESTED ME.

**Who else saw what happened?**

I DO NOT KNOW, BECAUSE I WAS LAYING FACE DOWN ON THE GROUND.

## III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

YES! MY WHOLE BACK. I WAS TAKEN TO BELLEVUE HOSPITAL THEN BACK TO THE COURT AND BACK TO ANOTHER HOSPITAL BECAUSE OF MY BACK PAINS I'M HAVING.

## IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓  No ✓  I GOT BEATEN UP BY UNDERCOVER COPS IN SOCIETY. BUT, SICK-CALL IS AT RIKERS ISLAND AT A.M.K.C. WHERE I AM DETAINED AT NOW

Rev. 05/2010

3

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____
_____

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ✓   No ___   Do Not Know ___

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ___   No ✓   Do Not Know ___

If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ___   No ✓

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ___   No ✓

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?

_____

1. Which claim(s) in this complaint did you grieve? _____

_____

2. What was the result, if any? _____

_____

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____
_____
_____
_____

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: IN HOUSING OF QUAD 2 UPPER BECAUSE THE CORRECTIONAL OFFICERS COULD NOT FIND ANY GRIEVANCE THEY SAID.

2. If you did not file a grievance but informed any officials of your claim, state who you informed, THE CORRECTIONAL OFFICERS OF QUAD 2 UPPER & TOLD ME THEY COULD NOT FIND ANY GRIEVANCE FORMS.

Rev. 05/2010

when and how, and their response, if any: _FEBRUARY 16, 2016_
_SOME OF THE CORRECTIONAL_
_OFFICERS WAS VERY RESPECTFUL_
_BUT THE OTHERS WERE VERY_
_VERY DISRESPECTFUL !!!_

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _THE DEPT. OF CORRECTION_
_SHOULD NOT BE TREATING US INMATES_
_AND CONVICTS VERY DISRESPECTFUL_
_IT IS NOT THE DEPARTMENT OF_
_CORRECTION POLICY. IT SUPPOSE_
_TO BE "CARE, CUSTODY & CONTROL..._

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V.   Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). _THE POLICE OFFICERS_
_AND THE WARDEN AND ALSO_
_CORRECTIONAL OFFICERS_
_HAVING ME GO THROUGH_
_THIS PAIN AND SUFFERING_
_WHICH I CONTINUE TO FEEL_
_AT THIS TIME IN MY LEFT_
_ANKLE AND MY BACK THUS_
_ALSO EMOTIONALLY I FEEL_
_I SHOULD BE REWARD_
_$250,000 — BECAUSE MY LEFT_
_ANKLE AND ALSO BACK WILL_
_NEVER EVER BE THE SAME AND_
_I WILL CONTINUE BE IN PAIN_

VI.  Previous lawsuits:

On these claims

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____ No ✓

PAGE ONE

I WAS ARRESTED 1-20-2016 AT ABOUT 4PM BY UNDERCOVER COP (FEIDEL MOREJON) & ABOUT 5 OTHER UNDERCOVER COPS AS I WAS GOING DOWN THE STAIRS OF 8 AVENUE & 14th STREET TRAIN STATION THE FIRST LANDED COMING FROM THE STREET.

THE UNDERCOVER COPS THEN HANDCUFFED ME THREW ME TO THE DIRTY GROUND AND START KICKING AND PUNCHING ME WITH FISTS AND WALKIETALKIES ON MY BACK, WHILE I WAS LAYING FACE DOWN ON THE DIRTY GROUND.

I COMPLAIN ABOUT MY BACK PAINS WHILE IN THE POLICE VAN AND ALSO WHILE AT THE POLICE STATION. WHICH THE POLICE OFFICERS JUST LAUGH AT ME.

HOURS LATER, I WAS TAKEN TO BELLEVUE HOSPITAL, WHICH 2 COPS WHISPER INTO THE DOCTOR EAR AND THE DOCTOR DIDN'T TAKE ANY "X-RAYS" OF MY BACK. THE DOCTOR JUST GAVE ME MEDICATION (2 PILLS AND A NEEDLE OF SOMETHING) AND I

WAS SENT BACK TO 100 CENTRAL STREET (THE COURT HOUSE). ONCE THERE (100 CENTRAL AVE) I SAW THE "EMT-WORKER" HE ASK ME IF I HAVE ANY PROBLEMS? I SAID YES! MY BACK IS IN SO MUCH PAIN!!! THAT THE COPS BEAT ME UP. HE TOLD THE 2 COPS TO TAKE ME A HOSPITAL. THE 2 COPS WERE VERY ANGRY THAT THEY WANTED TO HIT ME AS WELL. ONCE AT THE HOSPITAL THESE 2 COPS ALSO WHISPER IN THE DOCTOR EAR AS WELL AND THE DOCTOR DIDN'T TAKE ANY "X-RAYS" OF MY BACK TOO. ONCE AT A.M.K.U. ON RIKERS ISLAND I DIDN'T SEE A NURSE NOR DOCTOR FOR A FEW DAYS. SO I LAYED ON THE DIRTY FLOOR OF THE BULL-PENS BECAUSE THERE IS NO CHAIRS NOR ANYTHING TO SIT ON OR LAY ON, AND I WAS IN SO MUCH PAIN AND SUFFERING FROM MY BACK PAIN. SO ONCE I SAW A NURSE I INFORM HER OF MY BACK PAIN THEN I SAW A DOCTOR. HE TOLD ME THAT HE WILL GIVE ME

PAGE THREE

some medications for my back pain, which I never got.

Then while at Quad 2 upper house area, from 2-1st to 11-2016 no sick-call was called in that house (Q-2 upper) morning nor evening time. I ask the C.O.'s, why is sick call not being call for Quad 2 upper house area? & C.O.'s said, they don't know why! I ask the (C.O.'s) to please call the main clinic and ask what's the problem? They said no very disrespectful!

Then 2-15-2016 I asked the "S.P.A.-Worker" at about 2:30 pm to inform the C.O.'s of Quad 2 upper I'm having difficulty breathing. The "S.P.A.-Worker" inform the C.O.'s in the bubble of my issues and one of the officers told the "S.P.A.-Worker" to tell me to "chill-out".

I have a letter from a doctor here at A.M.K.C. (1818 Hazen. St.) on Rikers Island

THE DOCTOR

stating that "I need to be house near the main clinic for medical reasons". Yes, every correction officer and also every Captain of that housing area (Quad 2 Upper) know and understand my problem because I told them all and they all have seen the letter as well. Which they all told me, that I can't move next to the main clinic because my classification is "MAXIMUM". Then, I was moved to 14 Lower which is further away from the main clinic. Then, 3-11-2016 coming back from the rec-yard, I trip, slip and fell hurting my left ankle, my back and left hip. So if the Dept. of Corr. would have move me in February 2nd, 2016 just as the Doctor order I would not have injury myself or the Dept. of Corr. Neglegent

PAGE FIVE

NOW I HAVE TO GO TO THERAPY AND ALSO GO TO SEE A SURGEON TO GET THE PINS AND ALSO PLATE REMOVE FROM MY LEFT ANKLE.

SO FOR THOSE PEOPLE TRULY VIOLATING MY CONSTITUTIONAL RIGHTS THEY NEED TO PAY FOR THEIR WRONGDOING, BECAUSE I AM GOING THROUGH PAIN AND ALSO SUFFERING FOR THEIR NEGLECTED.

THEN, A.M.K.C. SOMETIME DON'T CALL THE "LAW-LIBRARY" EVERY DAY NOR NIGHT FOR US (INMATES) TO GO TO. I ALSO CALL 311 AND COMPLAIN ABOUT THAT ISSUE AS WELL AS A.M.K.C. NOT CALLING "SICK-CALL" TOO! I HAVE THE COMPLAIN NUMBERS AND THE PERSON I SPOKE TO.

_[signature]_
349-__-00929

B.  If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1.  Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2.  Court (if federal court, name the district; if state court, name the county) _____

3.  Docket or Index number _____

4.  Name of Judge assigned to your case _____

5.  Approximate date of filing lawsuit _____

6.  Is the case still pending? Yes ____ No ____

    If NO, give the approximate date of disposition _____

7.  What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

---

**On other claims**

C.  Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment? Yes ____ No __✓__

D.  If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1.  Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2.  Court (if federal court, name the district; if state court, name the county) _____

3.  Docket or Index number _____

4.  Name of Judge assigned to your case _____

5.  Approximate date of filing lawsuit _____

6.  Is the case still pending? Yes ____ No ____

    If NO, give the approximate date of disposition _____

7.  What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____


I declare under penalty of perjury that the foregoing is true and correct.

Signed this 22 day of APRIL, 2016

        Signature of Plaintiff _[signature]_

        Inmate Number 349-16-00929

        Institution Address 1818 HAZEN ST

        E. ELMHURST

        N.Y. 11370

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 22 day of APRIL, 2016, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

        Signature of Plaintiff: _[signature]_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ISAAC MIDDLETON

(Full name(s) of the plaintiff or petitioner applying (each person must submit a separate application)

16 CV 1416 ( ) ( )

(Enter case number and Initials of assigned Judges, if available; if filing this with your complaint, you will not yet have a case number or assigned judges.)

-against-

CITY OF NEW YORK
(WARDEN MAX SOLAINE MINGO
JANE DOE NO.1, JANE DOE NO.2 & FIEDEL MORETON)

(Full name(s) of the defendant(s)/respondent(s).)

## APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff/petitioner in this case and declare that I am unable to pay the costs of these proceedings and I believe that I am entitled to the relief requested in this action. In support of this application to proceed *in forma pauperis* ("IFP") (without prepaying fees or costs), I declare that the responses below are true:

1. *Are you incarcerated?*  ☑ Yes   ☐ No   (If "No," go to Question 2.)
   I am being held at: 18-18 HAZEN ST (AMKC)

   Do you receive any payment from this institution?   ☐ Yes   ☑ No

   Monthly amount: _____

   If I am a prisoner, *see* 28 U.S.C. § 1915(h), I have attached to this document a "Prisoner Authorization" directing the facility where I am incarcerated to deduct the filing fee from my account in installments and to send to the Court certified copies of my account statements for the past six months. *See* 28 U.S.C. § 1915(a)(2), (b). I understand that this means that I will be required to pay the full filing fee.

2. Are you presently employed?   ☐ Yes   ☑ No

   If "yes," my employer's name and address are:

   Gross monthly pay or wages: _____

   If "no," what was your last date of employment? _____

   Gross monthly wages at the time: _____

3. In addition to your income stated above (which you should not repeat here), have you or anyone else living at the same residence as you received more than $200 in the past 12 months from any of the following sources? Check all that apply.

   (a) Business, profession, or other self-employment   ☐ Yes   ☑ No
   (b) Rent payments, interest, or dividends            ☐ Yes   ☑ No

SDNY Rev: 12/12/2014

ISAAC MIDDLETON

_(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)_

16 Civ. 1416 ( ) ( )

-against-

CITY OF NEW YORK
(WARDEN MAX'SOLAINE MINGO,
JANE DOE NO. 1, JANE DOE NO. 2
AND FIEDEL MORETON)

_(In the space above enter the full name(s) of the defendant(s)/respondent(s).)_

**REQUEST TO PROCEED
IN FORMA PAUPERIS**

I, ISAAC MIDDLETON, _(print or type your name)_ am the plaintiff/petitioner in the above entitled case and I hereby request to proceed _in forma pauperis_ and without being required to prepay fees or costs or give security. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to redress.

1. If you are presently employed:
   a) give the name and address of your employer
   b) state the amount of your earnings per month

   NO

2. If you are NOT PRESENTLY EMPLOYED:
   a) state the date of start and termination of your last employment
   b) state your earnings per month
   YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

   a) Are you receiving any public benefits?  ☒ No.  ☐ Yes, $_____
   b) Do you receive any income from any other source?  ☒ No.  ☐ Yes, $_____

Rev. 05/2007                                1

4. Do you have any money, including any money in a checking or savings account? If so, how much?

☒ No.   ☐ Yes, $_____.

5. Do you own any apartment, house, or building, stock, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

☒ No.   ☐ Yes, $_____.

6. Do you pay for rent or for a mortgage? If so, how much each month?

☒ No.   ☐ Yes, _____.

7. List the person(s) that you pay money to support and the amount you pay each month.

_____
_____

8. State any special financial circumstances which the Court should consider.

_____
_____
_____

I understand that the Court shall dismiss this case if I give a false answer to any questions in this declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __22__ day of __APRIL__, __2016__
           date              month         year

_____
Signature

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ISAAC MIDDLETON
(full name of the plaintiff/petitioner)

16 CV 1416 ( )( )
(Provide docket number, if available; if filing this with your complaint, you will not yet have a docket number.)

-against-

CITY OF NEW YORK
(WARDEN MAX SOLAINE MINGO,
JANE DOE NO. 1, JANE DOE NO. 2
AND FIEDEL MOREJON
(full name(s) of the defendant(s)/respondent(s))

## PRISONER AUTHORIZATION

By signing below, I acknowledge that:

(1) because I filed this action as a prisoner,[1] I am required by statute (28 U.S.C. § 1915) to pay the full filing fees for this case, even if I am granted the right to proceed *in forma pauperis* (IFP), that is, without prepayment of fees;

(2) if I am granted IFP status, the full $350 filing fee will be deducted in installments from my prison account, even if my case is dismissed or I voluntarily withdraw it.

I authorize the agency holding me in custody to:

(1) send a certified copy of my prison trust fund account statement for the past six months (from my current institution or any institution in which I was incarcerated during the past six months);

(2) calculate the amounts specified by 28 U.S.C. § 1915(b), deduct those amounts from my prison trust fund, and disburse those amounts to the Court.

This authorization applies to any agency into whose custody I may be transferred and to any other district court to which my case may be transferred.

4-22-16
Date

Signature: Isaac Middleton

Name (Last, First, MI): MIDDLETON ISAAC

Prison Identification #: 349-16-00929

Address: 1818 HAZEN ST   City: ELMHURST   State: NY   Zip Code: 11370

---

[1] A "prisoner" is "any person incarcerated or detained in any facility who is accused of, convicted of, sentenced for, or adjudicated delinquent for, violations of criminal law or the terms or conditions of parole, probation, pretrial release, or diversionary program." 28 U.S.C. § 1915(h).

SDNY Rev. 8/5/15

PRO SE OFFICE
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
DANIEL PATRICK MOYNIHAN UNITED STATES COURTHOUSE
500 PEARL STREET, ROOM 200
NEW YORK, NEW YORK 10007

RUBY J. KRAJICK
CLERK OF COURT

Date: **OCT 23 2015**

Dear Litigant:

I am writing in response to your letter to the *Pro Se* Office dated **OCT 20 2015**.

The Court cannot act upon a letter. The Court can only act upon a complaint or a petition pending before it. A review of the Court's records indicates that there is no action presently pending in which you are a plaintiff. Should you wish to start an action in this Court, I am enclosing the following forms for your convenience:

- (X) 42 USC § 1983 Forms
- ( ) 28 USC § 2241 Forms
- ( ) 28 USC § 2254 Forms
- ( ) 28 USC § 2255 Forms
- ( ) General Complaint Package
- ( ) Social Security Complaint Forms
- ( ) Employment Discrimination Forms

Any papers you wish to submit to this Court must be sent or delivered to this Office at the address listed above. This Office cannot offer any legal advice or assessment of the merits of your case.

I hope this information is of assistance to you. Should you have any further questions, you may contact this Office by letter or by telephone during our normal business hours, 8:30 a.m. - 5:00 p.m., Monday - Friday (except federal holidays). Please note that we cannot accept collect calls.

Sincerely,

**PRO SE INTAKE UNIT**

*Pro Se* Clerk
(212)805-0175

enclosure(s)
*Rev. 05/10*

MR. ISAAC MIDDLETON
B#C#399-16-00929
18-18 HAZEN ST.
EAST ELMHURST, N.Y. 11370

USM P3 SDNY

Clerk
Pro-se
U.S. DISTRICT COURT SOUTHERN
DISTRICT OF NEW YORK
U.S. COURTHOUSE-500 PEARL ST.
NEW YORK, N.Y. 10007

U.S. POSTAGE PAID
BROOKLYN, NY 11208
MAY 06, 16
AMOUNT $1.57
R2305K134513-09